UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 18 CR 710 |
| DESHAWN MORGAN, et al. | Judge Thomas M. Durkin |

## GOVERNMENT'S STATUS REPORT

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, files this status report and states as follows:

1.     On December 12, 2019, defendants were charged by indictment with conspiracy to commit murder for hire, in violation of 18 U.S.C § 1958(a). ECF No. 60. The charge carries a mandatory minimum sentence of life imprisonment and a maximum sentence of capital punishment.  Defendants remain in federal custody.

2.     The government has produced Rule 16 and 16.1 discovery to defendants' counsel and substantial additional discovery. In letters sent to defense counsel in January 2020, the government committed to a pre-trial timeline for producing additional discovery and disclosures, such as 3500 and *Giglio* materials.

3.     Based on discussions with counsel for the defendants, this case is likely to proceed to trial. Defense counsel's position is that a trial in 2021 is not feasible due to their mitigation efforts and trial schedule, which includes, for Ms. Domph, a three-month trial in this Court in September 2021. In light of defense counsel's positions,

the government respectfully requests that the Court set a trial date in 2022, and proposes September 2022. The government anticipates that jury selection and presentation of its case in chief will take three months.[1]

4.    The Court directed the government to provide an update on the timetable for its decision regarding whether to seek the death penalty for some or all defendants. The defendants intend to make mitigation pitches to the government regarding the decision to seek or not seek the death penalty, and the government of course intends to give each defendant a reasonable amount of time to prepare his pitch prior to making a recommendation to the Attorney General regarding seeking or not seeking the death penalty. However, the government respectfully requests that the Court set a deadline by which the defendants must present all such pitches to the United States Attorney's Office, and 90 days after that deadline the government commits to notifying the Court and the defense of its intention to seek or not seek the death penalty in this case. For example, a Court-imposed deadline of June 15, 2021 for all mitigation pitches would give the defendants a full year to complete their investigation and make their mitigation pitches, and the government would commit to notifying the Court and defendants of its intentions regarding the death penalty by September 15, 2021.

5.    The parties agree that the time to the next status hearing should be excluded under Title 18, United States Code, Section 3161(h)(7)(A), (B)(iv), in the

---

[1] The government anticipates a superseding indictment in late 2020, but a trial date in September 2022 would still allow the defendants ample time to prepare for trial.

interests of justice to allow for continued review of discovery and preparation of pretrial motions.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *John D. Mitchell*
JOHN D. MITCHELL
GRAYSON S. WALKER
Assistant U.S. Attorneys
MAUREEN B. MCCURRY
Special Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5159